(121 So. 428)

### ROBINSON v. BEALE, Judge. (6 Div. 337.)

Supreme Court of Alabama. March 28, 1929.

W. M. Adams, of Tuscaloosa, for petitioner.

De Graffenried & Foster, of Tuscaloosa, opposed.

BROWN, J. The application for rehearing was overruled by the Court of Appeals on February 12th, as appears from the face of the petition for certiorari which was filed with the clerk of this court on February 28th. The petition for certiorari comes too late, and the motion of the Attorney General to dis-

miss the petition is due to be granted. Supreme Court Rule of Practice 44.

Petition dismissed.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.